ALEX G. TSE, CSBN 152348
Acting United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER, WIBN 1034148
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0135
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN ~~EASTERN~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOT KHEM, <br><br>    Plaintiff, <br><br>vs. <br><br>NANCY A. BERRYHILL, <br>Acting Commissioner of Social Security, <br><br>    Defendant. | CIVIL NO. 3:18-cv-01024-WHA <br><br>STIPULATION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT; [~~PROPOSED~~ ORDER] |

IT IS HEREBY STIPULATED, by and between Tot Khem (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision with evidentiary support for the findings. The Appeals Council will instruct the administrative law judge (ALJ) to follow the directions set forth in the Appeals Council's August 2016, remand order and issue a

Stipulation for Voluntary Remand, 3:18-cv-01024-WHA

1

decision that is consistent with the U.S. District Court Order dated July 22, 2016. In particular, the ALJ must properly address the medical source opinions and provide reasons for accepting or rejecting them.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

Dated: December 3, 2018 By: */s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

OF COUNSEL:
S. WYETH McADAM
Assistant Regional Counsel

*/s/ Nancy McGee*
NANCY McGEE
Bay Area Leal Aid
Counsel for Plaintiff
As authorized via email on December 3, 2018

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: December 3, 2018. BY: _____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

Stipulation for Voluntary Remand, 3:18-cv-01024-WHA

2