IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOT KHEM,

    Plaintiff,

  v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
                                                  /

No. 18-01024 WHA

**JUDGMENT**

Pursuant to the accompanying order granting the parties' stipulated request for remand, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 3, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE